FILED
CLERK, U.S. DISTRICT COURT

05/05/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____GSA_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2026 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:26-cr-00278-JFW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 249(a)(1): Hate Crime] |
| ZAID GITESATANI, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 249(a)(1)]

A.    INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1.    In early 2024, a real estate agency known as "My Home in Israel" advertised an event set to take place on June 23, 2024, at the Adas Torah Synagogue in Los Angeles, California, to promote land for sale in Israel.

2.    Several pro-Palestinian groups, including but not limited to the Palestinian Youth Movement, CodePink Women for Peace, WESPAC Foundation, Honor the Earth, and Pacific Grassroots Collective, then planned for and advertised a protest to take place at this event.

For example, the Pacific Grassroots Collective advertised a protest to "stand against settler expansion."

3.   On or about June 23, 2024, defendant ZAID GITESATANI traveled to the Adas Torah Synagogue in Los Angeles, California, to attend the planned protest.

4.   On or about June 23, 2024, Victim A, who identifies as a Jewish man, was walking with his dog in his neighborhood, near the Adas Torah Synagogue.

5.   On or about June 23, 2024, at approximately 2:45 p.m., defendant GITESATANI approached Victim A from behind and, without warning, punched Victim A in the jaw, resulting in pain, redness, swelling.



6.   On or about June 23, 2024, after assaulting Victim A, defendant GITESATANI walked away and retreated into the crowd.

7.    On or about June 23, 2024, after assaulting Victim A, defendant GITESATANI posted to his personal Instagram account: (1) a screenshot of his assault, as seen in paragraph 5, above; (2) a message that read, "Whooped the Zios today and we took their flag"; and (3) the following two images of himself displaying his bruised knuckles following his assault on Victim A:

 

8.    On or about June 24, 2024, defendant GITESATANI had an exchange via Instagram with another user regarding the June 23, 2024, protest at the Adas Torah Synagogue.  Defendant GITESATANI stated, "I whopped 2 zios," "whooped," "I swung good on them," "It was satisfying," and "I [sic] hand it [sic] numb from punching him so hard."

9.    On or about June 25, 2025, defendant GITESATANI posted a still image of his assault on Victim A to his Instagram account, with

3

the caption, "The Chosen People sometimes need a good smack to wake up."

///
///
///
///
///
///
///
///
///
///
///
///

B.    HATE CRIME

10.  On or about June 23, 2024, in Los Angeles County, within the Central District of California, defendant GITESATANI willfully caused bodily injury to Victim A because of the actual and perceived race, religion, and national origin of any person.

                                        A TRUE BILL


                                        /S/_____
                                        Foreperson


TODD BLANCHE                            HARMEET K. DHILLON
Acting Attorney General                Assistant Attorney General
                                       Civil Rights Division
BILAL A. ESSAYLI
First Assistant United States          ROBERT J. KEENAN
Attorney                               Acting Deputy Assistant Attorney
                                       General

*Jennifer Waier*                       ERICA O'CONNELL
                                       Trial Attorney

JENNIFER L. WAIER
Chief Assistant United States
Attorney & Chief, Criminal Division

KEDAR S. BHATIA
Assistant United States Attorney
Chief, Public Corruption and Civil
Rights Section

LAURA A. ALEXANDER
Assistant United States Attorney
Public Corruption and Civil Rights
Section

5