### UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No.   2:26-cr-00278-JFW                                          Date:  5/18/2026

Present:  The Honorable: Michael B. Kaufman, United States Magistrate Judge

Interpreter N/A                                          Language  N/A

| James Munoz | 05/18/2026 | Sebastian Bellim |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)  ✔ Present  In Custody      Attorneys for Defendants:  ✔ Present  DFPD

Zaid Gitesatani                              Jacquelyn Sara Marrinson

**Proceedings: Arraignment of**     ✔  **Assignment of Case**          **Appointment of Counsel**
**Defendant and/or**                        **Initial Appearance**

* Court does not question defendant as to true name.

* Defendant is arraigned under name on the Indictment.

* Defendant acknowledges having read the Indictment and discussed it with counsel.

* Defendant pleads "not guilty" to all counts of the Indictment.

* This case is assigned to Judge John F. Walter.

* It is ordered that the following date(s) and time(s) are set: Jury Trial: 7/14/2026 8:30 AM

* The government shall turn over all discovery to defense counsel. Judge Walter is located in 7A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:    PSALA          PSAED          PSASA        **Initial Appearance/Appointment of Counsel:** 00   : 00
       ✔ USMLA         USMED          USMSA
       Statistics Clerk           Interpreter              **Arraignment:** 00   : 02
       CJA Supervising Attorney     Fiscal        **Initials of Deputy Clerk:** JRM by TRB